**FILED OCT 11 2005**
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>LENA MARSHALL<br>    Debtor(s), | Case No. LA05-30610BB<br><br>Chapter 13<br><br>**NOTICE OF CHANGE OF HEARING DATE AND/OR TIME** |
| JOSEPH KONOWIECKI<br><br>    Movant(s)<br>vs.<br><br>LENA MARSHALL<br>    Respondent(s) | Previous date and time:<br>Date:   October 18, 2005<br>Time:   10:30 a.m.<br>Ctrm:   1475<br><br>**New date and time:**<br>Date:   **October 18, 2005**<br>Time:   10:00 a.m.<br>**Ctrm:   1475** |

**TO ALL INTERESTED PARTIES:**

Please take notice that the date and/or time selected by **JOSEPH KONOWIECKI** for its **Motion for relief from the automatic stay** is not available under the Court's self-calendaring system.

Accordingly, the hearing on the foregoing **Motion for relief from the automatic stay** will be held on **October 18, 2005** at **10:00 a.m.** in Courtroom **1475** of the United States Bankruptcy Court, 255 E. Temple Street, Los Angeles, California 90012. All deadlines for filing and serving opposing papers and reply papers are extended accordingly.

WENDY ANN WESLEY

Dated: OCT 11 2005

_____
DEPUTY CLERK

07-22-02 H:/Common/bb/Policies/Exhibits

# CERTIFICATE OF SERVICE BY MAIL

I certify that a true copy of this NOTICE was mailed on __OCT 11 2005__ to the parties listed below:

**U.S. TRUSTEE**
725 S. Figueroa St., 26th Floor
Los Angeles, CA 90017

**Debtor**
Lena Marshall
1122 Stanley Avenue, #6
Long Beach, CA 90804

**Attorney for Movant**
Bruce Menke
5000 E. Spring Street, #405
Long Beach, CA 90815

**Trustee**
Nancy Curry
606 S. Olive Street, Suite 1850
Los Angeles, CA 90014

Dated: OCT 11 2005

WENDY ANN WESLEY
_____
Deputy Clerk