FILED OCT 19 2005
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY Deputy Clerk

ENTERED OCT 20 2005
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Lena Marshall,<br><br>Debtor(s). | BK. No. LA 05-30610 BB<br><br>Chapter 13<br><br>**ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: October 18, 2005<br>Time: 10:00 a.m.<br>Place: Courtroom 1475 |

Joseph Konowiecki, having filed a Motion for Relief from the Automatic Stay on October 5, 2005 (the "Motion"), the Debtor's bankruptcy case having been dismissed prior to the Motion having been heard and Joseph Konowiecki having failed to appear at the hearing on the Motion,

**IT IS HEREBY ORDERED** that the Motion is denied as moot.

DATED: 10/19/05

_____
SHERI BLUEBOND
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE BY MAIL

I certify that a true copy of this ORDER was mailed on _____ OCT 20 2005 to the parties listed below:

**Debtor in Pro Per**
Lena Marshall
1122 Stanley Avenue #6
Long Beach, CA 90804

**Attorney for Movant**
Bruce Menke
Law Offices of Bruce Menke
5000 E. Spring Street #405
Long Beach, CA 90815

**Trustee Assigned**
Nancy Curry
606 S. Olive St., Ste. 1850
Los Angeles, CA 90014

U. S. Trustee's Office
725 S. Figueroa St., 26th Floor
Los Angeles, CA 90017

DATED: OCT 20 2005

WENDY ANN WESLEY
DEPUTY CLERK

- 2 -